[Belknap, June, 1891.]

### WINNIPISEOGEE LAKE COTTON AND WOOLLEN MFG. CO. *v.* GILFORD.

Three appeals from the refusal of selectmen to abate taxes.

*E. A. & C. B. Hibbard* and *D. Barnard*, for the plaintiffs.

*Jewell & Stone* and *S. C. Clark*, for the defendants.

DOE, C. J.    The reserved case presents no question of law.

*Case discharged.*

ALLEN, J., did not sit: the others concurred.

---

[Carroll, June, 1891.]

### TASKER *v.* COUNTY OF CARROLL.

Claim for the expenses of a coroner's inquest.

*The plaintiff, pro se.*

*P. Wentworth*, for the defendant.

DOE, C. J.    The reserved case presents no question of law. Laws 1889, *c.* 26.

*Case discharged.*

SMITH, J., did not sit: the others concurred.